# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHN PAUL SCHMIEDING,

Defendant.

CR 25-129-BLG-WWM

PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 60) pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendant Schmieding has been adjudged guilty as charged to Count 1 in the Superseding Indictment of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and has admitted to its forfeiture allegation. Defendant's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that John Paul Schmieding's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11):

1. $77,560.00 in U.S. currency;
2. $645.00 in U.S. currency;

3. Beretta, model APX 9mm caliber pistol, S/N: AXC078165;
4. RG Industries, model RG23, .22 caliber revolver, S/N: Obliterated;
5. Tisas, model Nightstalker, 9mm caliber pistol, S/N: T062022DC06527;
6. Springfield, model Saint, multi-caliber rifle, S/N: ST204778;
7. Arminius, model Titan Tiger, .38 caliber revolver, S/N: 0097439;
8. Heritage, model Rough Rider, .22 caliber revolver, S/N: 1BH666777;
9. Typhoon Defense, model XII, .12 caliber shotgun, S/N: 21E4721;
10. Remington, model 870 Express, .12 caliber shotgun, S/N: A364248M;
11. Winchester, model 1300 Defender, .12 caliber shotgun, S/N: L3297035;
12. Kirici Silah Sanayi, model Citadel, .12 caliber shotgun, S/N: 20SA-KR40079;
13. Springfield, model XD, pistol, S/N: HG121551;
14. Stoeger, model unknown, firearm, S/N: X56352;
15. Ruger, model SP101, .38 caliber revolver, S/N: 574-74508;
16. Winchester, model 1200, .12 caliber shotgun, S/N: L807129;
17. Francolin Intl. Arms, model G-Force GF3, .12 caliber shotgun, S/N: 21-35873;
18. Henry, model H10 X, .45-70 lever action rifle, S/N: XFFS06701;
19. Ruger, model American, Bolt Action Rifle, S/N: 697-37318;
20. Tikka, Model T3X, Bolt Action Rifle, S/N: AF6507;
21. Winchester, model 70, Bolt Action Rifle, S/N: 781648;
22. LWCR, REPR MKII Rifle, S/N: 7P11206;

23. Remington, model 30 Express, Bolt Action Rifle, S/N: 9097;
24. Marlin, model 60, .22 Rifle, S/N: 10452955;
25. Baretta, model Extreme Plus, Shotgun, S/N: WA047770;
26. Remington, model 1100, Shotgun, S/N: L641912V;
27. Rossi, model S411220, revolver, S/N: SR228396;
28. Remington, model 700, Bolt Action Rifle, S/N: S6697122;
29. Remington, model 870 Express, .12 caliber shotgun, S/N: D390509M;
30. Savage Arms, model unknown, .22 caliber rifle, S/N: 2622153;
31. Hunter Arms, model L.C. Smith, side by side shotgun, S/N: R44542;
32. Christensen Arms, model Ridgeline, bolt action rifle, S/N: CV34375; and
33. Ruger, model American, Bolt Action Rifle, S/N: 694-91682.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such

manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 13th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE